# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Russell Allen Clinger | Case Number: 2:11CR00098-WFN-1 |
| Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: February 14, 2012 | Type of Supervision: Supervised Release |
| Original Offense: Failure to Register, 18 U.S.C. § 2250(a) | Date Supervision to Commence: October 31, 2014 |
| Original Sentence: Prison - 41- months<br>     TSR - 36 months | Date Supervision to Expire: October 30, 2017 |

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall reside in a residential reentry center (RRC) for a period of up to 180 days.  You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Clinger was denied placement in the RRC because he has an active misdemeanor warrant from Spokane Municipal Court for reckless driving.  Mr. Clinger has no family members in Spokane, Washington, and would be releasing from the Bureau of Prisons homeless.  As Mr. Clinger is a registered sex offender, it is in the interests of public safety that the undersigned officer recommends Mr. Clinger be given a residential re-entry center condition of supervision.

             Respectfully submitted,

by     s/Nate J. Uhlorn

             Nate J. Uhlorn
             U.S. Probation Officer
             Date:  July 25, 2014

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

             Signature of Judicial Officer

             7/28/2014
             Date