PROB 12C
(7/93)

Report Date: October 15, 2015

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 15 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Russell Allen Clinger          Case Number: 2:11CR00098-WFN-1

Address of Offender:          Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 14, 2012

Original Offense:          Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence:          Prison - 41 months          Type of Supervision: Supervised Release
                            TSR - 36 months

Asst. U.S. Attorney:          Matthew F. Duggan          Date Supervision Commenced: October 31, 2014

Defense Attorney:          Federal Defender's Office          Date Supervision Expires: October 30, 2017

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 & 2 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |
| | **Supporting Evidence**: On October 5, 2015, the offender violated conditions of his supervised release in Spokane, Washington, by providing a urine sample that tested presumptive positive for methamphetamine. |
| | On October 9, 2015, the offender was summoned to the U.S. Probation Office as a result of the presumptive positive specimen submitted on the noted date. At that time, the offender denied willfully consuming methamphetamine when questioned by the assigned U.S. probation officer. Russell Clinger self-disclosed that he "had some people over" and he "thinks one of the people used a spoon to shoot up meth." He went on to state that he had used the same spoon to make coffee, which "may have caused the positive result." |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/15/2015

s/Tommy Rosser

Tommy Rosser
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

10/15/15
Date