PROB 12C
(7/93)

Report Date: October 28, 2015

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

10/29/15

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Russell Allen Clinger | Case Number: | 2:11CR00098-WFN-1 |
| Address of Offender: | | Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 14, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: | October 31, 2014 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | October 30, 2017 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/15/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 & 4 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Russell Clinger violated the conditions of his supervised release in Spokane, Washington, by failing to schedule and undergo a substance abuse evaluation contrary to special condition number 17 of his judgment. The undersigned officer directed him to schedule a substance abuse assessment at Alcohol Drug Education Prevention and Treatment (ADEPT) by October 15, 2015. On October 27, 2015, ADEPT confirmed the offender had failed to schedule the aforementioned assessment as directed. |

Prob12C
Re: Clinger, Russell Allen
October 28, 2015
Page 2

    5     **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

          **Supporting Evidence**: Russell Clinger violated the conditions of his supervised release in Spokane, Washington, on October 21, 2015, by failing to submit to a required urinalysis test.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/28/2015

s/Tommy Rosser

Tommy Rosser
Supervising U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/29/15

Date