PROB 12C
(7/93)

Report Date: November 13, 2015

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Russell Allen Clinger     Case Number: 2:11CR00098-WFN-1

Address of Offender:     Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 14, 2012

Original Offense:     Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence:     Prison - 41 months     Type of Supervision: Supervised Release
                   TSR - 36 months

Asst. U.S. Attorney:     Matthew F. Duggan     Date Supervision Commenced: October 31, 2014

Defense Attorney:     Robert R. Fischer     Date Supervision Expires: October 30, 2017

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/15/2015 and 10/28/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Russell Clinger violated his conditions of supervised release in Spokane, Washington, on November 10, 2015, by failing to submit to a required urinalysis test. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     11/13/15

s/Corey McCain

Corey M McCain
U.S. Probation Officer

Prob12C
Re: Clinger, Russell Allen
November 13, 2015
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

11/16/15
Date