PROB 12C
(7/93)

Report Date: July 7, 2016

# United States District Court

for the

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 07 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Russell Allen Clinger          Case Number: 2:11CR00098-WFN-1

Address of Offender: Homeless, Spokane, Washington

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 14, 2012

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>November 17, 2015 | Prison - 3 months<br>TSR- 33 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: February 15, 2016 |
| Defense Attorney: | Federal Defender's | Date Supervision Expires: November 14, 2018 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Russell Clinger is currently noncompliant with his chemical dependancy treatment requirements at Alcohol Drug Education Prevention and Treatment (ADEPT). Mr. Clinger failed to attend substance abuse treatment on the following dates; May 18, 24, and 31, 2016, and June 15, 16, 21, 22, 23, 27, 28, and 29, 2016. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Clinger, Russell Allen
July 7, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/07/2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

7/7/16
Date